STATE of Missouri, Respondent,

v.

Leandro R. DEARMAS, Appellant.

No. WD 69449.

Missouri Court of Appeals,
Western District,
Division Three.

Aug. 18, 2009.

Ruth Sanders, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before THOMAS H. NEWTON, C.J., HAROLD L. LOWENSTEIN, Sr. Judge and JAMES EDWARD WELSH, Judge

## ORDER

PER CURIAM:

Leandro R. Dearmas appeals the circuit court's judgment convicting him of one count of forcible rape. We affirm. Rule 30.25(b).

Kevin HAYSLETT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69628.

Missouri Court of Appeals,
Western District.

Aug. 18, 2009.

S. Kate Webber, for Appellant.

Dora A. Fichter, for Respondent.

Before THOMAS H. NEWTON, C.J., HAROLD L. LOWENSTEIN, Sr. Judge and JAMES EDWARD WELSH, Judge.

## ORDER

PER CURIAM:

Kevin Hayslett appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).